IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| JERRY R. CASSELL, | ) | CIVIL NO. 14-00225 HG-RLP |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| PRIMUS AUTOMOBILE FINANCIAL, | ) | |
| Defendant. | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION (ECF No. 6)

Findings and Recommendation having been filed and served on all parties on May 16, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Deny Plaintiff's Application to Proceed Without Prepayment of Fees and to Dismiss the Case With Leave to Amend" (ECF No. 6) are adopted as the opinion and order of this Court.

Plaintiff is granted leave to submit the appropriate removal documents or amended complaint to cure the deficiencies outlined in the Findings and

Recommendation (ECF No. 6) on or before July 10, 2014.

IT IS SO ORDERED.

Dated: June 10, 2014, Honolulu, Hawaii.



 /s/ Helen Gillmor

Helen Gillmor
United States District Judge